# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| HERMOLES JOSE CALDERON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 6:26-CV-03123-BCW |
| ) | |
| SHERIFF JIM C. ARNOTT, Greene ) | |
| County, Missouri, Sheriff, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, Respondents are ORDERED to show cause on or before **February 28, 2026**, why the Petition for Writ of Habeas Corpus should not be granted. Petitioner shall have three days to file a Reply addressing Petitioner's Response, if he wishes to do so. The Clerk of the Court shall deliver a copy of this Order to:

    United States Attorney's Office
    Attn: Jeffrey Ray
    Charles Evans Whittaker Courthouse
    Room 5510
    400 E. 9th St.
    Kansas City, MO 64106
    Jeffrey.Ray@usdoj.gov

    Sheriff Jim C. Arnott
    Greene County Jail
    1000 North Boonville Avenue
    Springfield, MO 65802.

    IT IS SO ORDERED.


Date: <u>February 25, 2026</u>             /s/ Brian C. Wimes
                                                              BRIAN C. WIMES, CHIEF JUDGE
                                                             UNITED STATES DISTRICT COURT